IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT E. POMBRIO,

    Petitioner,                    No. CIV S-09-2577 WBS KJM P

    vs.

S.M. SALINAS,

    Respondent.                  FINDINGS AND RECOMMENDATIONS

          By order filed June 10, 2010, petitioner was granted thirty days in which to file an application for writ of habeas corpus or a civil rights complaint. The thirty day period has now expired, and petitioner has not responded to the court's order.

          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

          These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

/////

1 | specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
2 | F.2d 1153 (9th Cir. 1991).
3 | DATED:  August 5, 2010.
4 | _____
  | U.S. MAGISTRATE JUDGE
5 | 1
  | pomb2577.fta