1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SCOTT E. POMBRIO,

11              Petitioner,                    No. CIV S-09-2577 WBS KJM P

12          vs.

13   S. M. SALINAS,

14              Respondent.            ORDER

15   _____/

16          Petitioner has filed a motion for change of venue.  Because there is no operative

17   pleading on file, it is not clear where venue is appropriate.  Therefore, petitioner's motion (#37)

18   will be denied.

19   DATED:  December 13, 2010.

20

21                                                  _____

22                                                  U.S. MAGISTRATE JUDGE

23

24

25

26   1
     pomb2577.cv

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26